EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawai`i

HARRY YEE   3790
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
E-mail:  harry.yee@usdoj.gov

Attorneys for Petitioner
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 07-00170 JMS LEK |
| | ) | |
| Petitioner, | ) | MAGISTRATE'S REPORT |
| | ) | AND RECOMMENDATION ON |
| vs. | ) | PETITION TO ENFORCE |
| | ) | INTERNAL REVENUE SERVICE |
| NICHOLAS P. WEBB, | ) | SUMMONS |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

MAGISTRATE'S REPORT AND RECOMMENDATION ON
PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A hearing was held on Monday, May 14, 2007, before the

Honorable Leslie E. Kobayashi, United States Magistrate Judge, on

the Petition to Enforce Internal Revenue Service Summons filed by

the United States of America.  Harry Yee, Assistant United States

Attorney and Martin Humpert, Revenue Officer with the Internal

Revenue Service, appeared on behalf of the United States. Nicolas P. Webb, the respondent, was present by telephone.

All the government needs to do to establish a prima facie case for enforcement of a summons is to show that the summons is issued for a legitimate purpose, the data sought may be relevant to that purpose, the data is not already in the Internal Revenue Service's possession, and the administrative steps for issuance and service of a summons have been followed. United States v. Powell, 379 U.S. 48 (1964). The government has established a prima facie case for enforceability with the Declaration of Martin Humpert.

Therefore, it is the recommendation of this Court to the United States District Judge that an order be entered as follows:

(1) That the Internal Revenue Service summons issued on January 9, 2007 and served on respondent shall be enforced and he shall obey forthwith both summons in full;

(2) That the respondent shall deliver to the offices of Revenue Officer Humpert on behalf of the United States on or before 12:00 p.m. (Noon) Wednesday, June 13, 2004 all documents requested in the summons issued on January 9, 2007;

     (3)  And that should respondent fail to fulfill the either of the requirements of this order then the United States may thirty (30) days after the entry of this order move this court for a hearing on motion for contempt of this order, which remedies shall include, but are not limited to: fines, criminal contempt, and imprisonment.

     DATED AT HONOLULU, HAWAI`I, May 15, 2007.



     /S/ Leslie E. Kobayashi
     Leslie E. Kobayashi
     United States Magistrate Judge

USA v. NICOLAS P. WEBB
Misc. No. 07-00170 JMS LEK
Magistrate's Report and Recommendation on Petition to Enforce
Internal Revenue Service Summons